```
        FILED         RECEIVED
        ENTERED       SERVED ON
                  COUNSEL/PARTIES OF RECORD

            OCT 1 2 2011

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
v. ) 2:10-CR-507-LRH (LRL)
)
CORBIN RICE, )
)
        Defendant. )

## FINAL ORDER OF FORFEITURE

On June 2, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 2253(a)(1) and (3), based upon the plea of guilty by defendant CORBIN RICE to a criminal offense, forfeiting specific property alleged in the Criminal Indictment, and agreed to in the Plea Memorandum and the Bill of Particulars and shown by the United States to have a requisite nexus to the offense to which defendant CORBIN RICE pled guilty. Docket #1, #13, #28, #29, #30.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 7, 2011, through to July 6, 2011, notifying all third parties of their right to petition the Court. #33.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); ; and Title 18, United States Code, Section 2253(a)(1) and (3); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

 a. HP Pavilion Computer, serial number CNX8290180;
 b. Gateway NLX Desktop Computer, serial number 0019773672;
 c. CD-R's and DVD-R's; and
 d. any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received; computer images, including movie and still image files, depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives on which they are maintained.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this __12__ day of __October__, 2011.

UNITED STATES DISTRICT JUDGE